# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161806(74)
161807

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 161806, 161807
                                           COA: 345490, 346199

DARRIUS ZARRAN WILLIAMS,
      Defendant-Appellant.
                                           Wayne CC: 18-002494-FC

_____/

      On order of the Chief Justice, the second motion of defendant-appellant for a stay to allow him to file a supplement raising an additional issue is GRANTED. The supplement will be accepted for filing if submitted on or before June 23, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2021



Clerk